DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KEVIN RENDER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-3180

[April 9, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Hon. Bernard Isaac Bober, Judge; L.T. Case No. 00-013240-CF10A.

Kevin Render, Miami, pro se.

James Uthmeier, Attorney General, Tallahassee, and Paul Patti, III, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Chapa v. State,* 159 So. 3d 361 (Fla. 4th DCA 2015); *Maye v. State,* 368 So. 3d 531, 532 (Fla. 6th DCA 2023), *review granted,* No. SC2023-1184, 2024 WL 1796831 (Fla. Apr. 25, 2024).

GROSS, CIKLIN and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***